UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
**FILED**
January 25, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> ANTHONY MERRELL TYLER, <br><br> Defendant. | Case No. 2:13-CR-00011-JAM-3 <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHONY MERRELL TYLER, Case No. 2:13-CR-00011-JAM-3, Charge Title 18 USC §371, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- ___ Release on Personal Recognizance

- ✔ Bail Posted in the Sum of $ 150,000 (co-signed)

    - ✔ Unsecured Appearance Bond

    - ___ Appearance Bond with 10% Deposit

    - ___ Appearance Bond with Surety

    - ___ Corporate Surety Bail Bond

- ✔ (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 25, 2013 at 3:02 pm.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge