**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone: (916) 922-9270**
**Facsimile: (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ANTHONY MERRELL TYLER**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY MERRELL TYLER, <br><br> Defendant | Case No.: 2:13-CR-0011 (JAM) <br><br> **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

The defendant Anthony Merrell Tyler, through his attorney, Ronald Peters, Esq and the United States of America, through its counsel of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, hereby stipulate and agree that the Judgment and Sentencing scheduled for September 23, 2014, at 9:30 am should be continued to October 14, 2014, at 9:30 a.m.

Defendant's attorney and the government have agreed that additional time is necessary to prepare for sentencing. The defense will require additional time due to defense counsel's recovery from extensive gall bladder surgery. Due to the extended recuperation from surgery, Defendant's counsel has been unable to effectively prepare for the Sentencing hearing. The defense will also require additional time to address other factors affecting sentencing guideline

STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING

1

calculations.  Further, the defense intends to review all documentation submitted regarding the sentencing of co-defendants, Perry Jackson and Billy Hammett, including Memorandums in aid of sentencing and objections.

Both parties stipulate that there is a reasonable basis for the continuance due to defense preparation.

As a result of the continuance, the new proposed sentencing schedule will be: Judgment and Sentencing date, October 14, 2014; Reply or Statement of Non-Opposition, October 7, 2014; and Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than September 30, 2014.

Respectfully submitted,

DATE: September 3, 2014 /s/Ron Peters
RON PETERS
Attorney for Defendant
**Anthony Merrell Tyler**

DATE: September 3, 2014 */s/ Benjamin Wagner*
BENJAMIN B. WAGNER
**U.S. Attorney**

1     It is so ordered.

Date: September 4, 2014            /s/ John A. Mendez
                                                      **John A. Mendez**
                                                      **United States District Court Judge**