PHILLIP A. TALBERT
United States Attorney
Katherine T. Lydon
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00011 JAM |
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| PERRY SYLVESTER JACKSON, | |
| Defendant. | |

The United States of America requests that Assistant U.S. Attorney Chiraag Bains be removed as co-counsel of record in the above-referenced action, as he is no longer associated in this case. Assistant U.S. Attorney Katherine T. Lydon will remain as lead counsel.

Dated: December 13, 2017        PHILLIP A. TALBERT
                                United States Attorney


                         By:  /s/ KATHERINE T. LYDON
                              KATHERINE T. LYDON
                              Assistant United States Attorney

DESIGNATION OF COUNSEL                    1